1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICE OF JAMES P. SHEA
2  5055 Wilshire Blvd., Suite 340
   Los Angeles, CA 90036
3  Telephone: 323-954-9605
   Fax: 323-954-9012
4  E-mail: lawoffice5750@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CHRIS COTTLE TIRAZONA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security,  )<br>  )<br>     Defendant.  )<br>_____  ) | NO. CV 13-01173 VBK<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, four hundred fifty dollars and no cents ($4,450.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: January 30, 2014   _____/s/_____

HON. VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE